IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

| | |
|---|---|
| TUWANNA R. TOWNS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 3:17-cv-00484-JHM-DW |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes the Plaintiff, Tuwanna R. Towns, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of her claims against Defendants, Enhanced Recovery Company, LLC and Equifax Information Services, LLC with prejudice. Plaintiff, Enhanced Recovery Company and Equifax Information Services, LLC each bear their own costs and attorneys' fees.

Respectfully submitted,

/s/David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on the 22nd day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

             */s/David W. Hemminger*
             David W. Hemminger